# CIVIL CAUSE FOR PRE-MOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 3/5/2025          TIME: 3:30 PM          TIME IN COURT: 30 min.

CASE:     **Barbara v. CVS Albany L.L.C.**
          **2:23-cv-03298-JMA-JMW**

APPEARANCES:   Plaintiff: James Bahamonde, Jenny Bahamonde

               Defendants: Robert Duston

FTR:  3:39-3:57

**FILED
CLERK**

3/5/2025 4:04 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☒ The case is respectfully referred to Magistrate Judge Wicks to conduct a settlement conference.
- ☐ Jury selection and trial is scheduled for   at  in Courtroom 8D South of the Brooklyn Courthouse.
- ☐ A further telephone conference is scheduled for  before Judge Joan M. Azrack. Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt.
- ☒ Other:  No motion practice at this time.